# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RAYMOND EDWARDS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-323 |
| v. | |
| CHATHAM COUNTY DETENTION CENTER; CHATHAM COUNTY SHERIFF; and A-Z PAVING, | |
| Defendants. | |

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's June 3, 2021 Report and Recommendation, (doc. 7), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Court **DISMISSES** all claims against defendants Chatham County Detention Center and A-Z Paving. The Court also **DISMISSES** plaintiff's claims alleging Eighth Amendment violations based on the conditions of his confinement, as he has failed to state any viable claim and has failed to exhaust his administrative remedies. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 12th day of July, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA