# United States District Court
## Southern District of Georgia

RAYMOND EDWARDS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-323

v.

CHATHAM COUNTY DETENTION CENTER; CHATHAM COUNTY SHERIFF; and A-Z PAVING,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 12, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Court dismisses all claims against defendants Chatham County Detention Center and A-Z Paving. All claims having been dismissed, this civil action stands closed.

Approved by: _____

July 14, 2021  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk